| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
| 2 | United States Attorney<br>CHARLES M. O'CONNOR (SBN 56320) |
| 3 | Assistant United States Attorney<br>Chief, Environment and Natural Resources |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495 |
| 5 | Telephone: (415) 436-7180<br>Facsimile: (415) 436-6748 |
| 6 | JOHN M. CUMMINS (PA Bar #58539) |
| 7 | Special Assistant United States Attorney<br>2001 Junipero Serra Blvd., Suite 600 |
| 8 | Daly City, CA 94014-1976<br>Telephone: (650) 746-7481 |
| 9 | Facsimile: (650) 746-7372<br>    Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE NO: C-04-0329 JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| WAGNER CONSTRUCTION COMPANY, | |
| Defendant. | |

//
//
//
//
//

JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER
U.S. v. Wagner Construction Co. – Case No. C-04-0329 JCS

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: 7/19/05

MARKS, GOLIA & FINCH, LLP

*/s/ Jason R. Thornton*

JASON R. THORNTON

Attorney for Defendant

Dated: 7/21/05

KEVIN V. RYAN
United States Attorney

*/s/ John M. Cummins*

JOHN M. CUMMINS

Attorneys for Plaintiff

Dated: July 22, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL
U.S. v. Wagner Construction Co. – Case No. C-04-0329 JCS